NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOUTHWIRE COMPANY, LLC,**
*Appellant*

**v.**

**CERRO WIRE LLC,**
*Cross-Appellant*

---

2015-1117, 2015-1118

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/000,594.

---

**JUDGMENT**

---

KIRK T. BRADLEY, Alston & Bird LLP, Charlotte, NC, argued for appellant. Also represented by CHRISTOPHER L. MCARDLE, New York, NY; KEITH E. BROYLES, Atlanta, GA.

PAUL RICHARD STEADMAN, DLA Piper US LLP, Chicago, IL, argued for cross-appellant. Also represented by MATTHEW D. SATCHWELL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


October 20, 2015         /s/ Daniel E. O'Toole
       Date                  Daniel E. O'Toole
                               Clerk of Court